IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **15-cv-557-AP**
Bankruptcy Case No.  12-26897-SBB

**In Re: STEVEN E. MUTH,**

      Debtor.
_____

**STEVEN E. MUTH**,

      Debtor-Appellant,

v.

**KIM KROHN**,

      Appellee.

## ORDER FOR ADDITIONAL EXTENSION OF TIME

**KANE, J.**

The Court construes Appellant's Status Report (Doc. 13) as a Motion for Continuance of Stayed Deadlines.  The Motion is GRANTED.   It is ORDERED that:

(1) The Stay of proceedings entered as part of the April 22 Appointment Order is CONTINUED for a period of 30 days.

(2) A Status Report setting forth the status of these matters of representation is due July 1, 2015.  If no attorney has accepted the appointment by then, Mr. Muth shall file the Status Report himself and the Court will consider whether the Appointment Order should be vacated.

DATED June 1, 2015.

                                              *s/John L. Kane*
                                              SENIOR U.S. DISTRICT JUDGE