IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **15-cv-00557-JLK-AP**

**In Re: STEVEN E. MUTH**,

    Debtor

**STEVEN E. MUTH**,

    Appellant,

v.

**KIM KROHN**,

    Appellee.

---

ORDER TO CURE DEFICIENCY

---

Debtor/Appellant, Steven E. Muth, initiated this bankruptcy appeal by filing *pro se* a Notice of Appeal and Statement of Election (Doc. 2) electing to have the appeal heard by the United States District Court. The first page of the Notice of Appeal and Statement of Election includes a handwritten notation that reads "Please waive Fee" and was docketed a second time as a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Doc. 3.) Mr. Muth also included a request to proceed without prepayment of fees in a motion (Doc. 10) filed April 21, 2015.

The requests to proceed without prepayment of fees are deficient because Mr. Muth has not provided the Court with an affidavit that includes sufficient information to determine whether he qualifies to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this bankruptcy appeal. Mr. Muth will be directed to cure this deficiency by filing

an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Alternatively, Mr. Muth may elect to pay the required filing fee. Accordingly, it is

ORDERED that, on or before July 1, 2015, Mr. Muth either pay the required filing fee or file on the proper form an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Muth, together with a copy of this order, a blank copy of the following form: Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).

DATED June 2, 2015, at Denver, Colorado.

                                                s/ John L. Kane
                                                SENIOR U.S. DISTRICT JUDGE