IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  15-cv-00557-WYD-AP

In Re: STEVEN E. MUTH,

    Debtor

STEVEN E. MUTH,

    Appellant,

v.

KIM KROHN,

    Appellee.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Opposed Motion to Dismiss Appeal Pursuant to Fed. R. BankR. P. 8003 (ECF No. 8) is **DENIED AS MOOT** based on Judge Kane's order appointing pro bono counsel (ECF No. 11).

    Dated:  September 21, 2015