**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-00557-MSK

In re: STEVEN E. MUTH,

      Debtor,

STEVEN E. MUTH,

      Appellant

v.

KIMBERLEY KROHN,

      Appellee.

---

**FINAL JUDGMENT**

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and  Order on Appeal by Chief Judge Marcia S.  Krieger (**Doc. #**), filed on March 10, 2016,  it is

**ORDERED** that the March 5, 2015 Order of the United States Bankruptcy Court is **REVERSED**. The case is **REMANDED** to the Bankruptcy Court for further proceedings.

Judgment is entered in favor of Debtor/Appellant Muth and against Appellee Krohn.

The case is closed.

Dated at Denver, Colorado this 17th  Day of March, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
_____

Patricia Glover
Deputy Clerk